FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 1:38 pm, Aug 10, 2020

# In the United States District Court for the Southern District of Georgia Waycross Division

UNITED STATES OF AMERICA,

    v.

JOHN HOWARD,

    Defendant.

CR 517-005-9

### ORDER

Recognizing the sensitive nature of the information contained therein, and pursuant to Defendant's motion to seal the exhibits attached to his motion for compassionate release, dkt. no. 768, Defendant's motion is hereby **GRANTED**. The Clerk is **DIRECTED** to seal the exhibits to Defendant's motions, dkt. nos. 767, 768, with access limited to the parties and the Court until further Order of the Court.

**SO ORDERED**, this 10 day of August, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA